FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Jeffrey Rivera

(Enter above the full name of the plaintiff in this action)

V.

Michael Kelly Warden

Atlantic County Justice Facility

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

DEC 12 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and  subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to
proceed in forma pauperis in accordance with the procedures set forth in the
application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is
more than one plaintiff, each plaintiff must separately request permission to
proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00
Administrative fee will not be assessed. The Clerk will prepare and issue a
copy of the summons for each defendant. The copies of summonses and the
copies of the complaint which you have submitted will be forwarded by the
Clerk to the United States Marshal, who is responsible for service. The
Marshal has USM-285 forms you must complete so that the Marshal can
locate and serve each defendant. If the forms are sent to you, you must
complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

     _X_   42 U.S.C. §1983 (applies to state prisoners)

     ___   Bivens v. Six Unknown Named Agents of Fed. Bureau of
             Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies
             to federal prisoners)

If you want to assert jurisdiction under different or additional
statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as
follows:

     _X_ Pretrial detainee

     ___ Civilly-committed detainee

     ___ Immigration detainee

     ___ Convicted and sentenced state prisoner

     ___ Convicted and sentenced federal prisoner

     ___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s):_____N/A_____

b.    Court and docket number:___N/A_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( · )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:__N/A_____

e.    Approximate date of disposition:___N/A._____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? Atlantic County Justice Facility

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Jeffrey Rivera

Address: 5060 Atlantic Ave   E-Right Mays Landing, NJ 08330

Inmate#: 01-297786

b.   First defendant:

Name: Michael Kelly

Official position: Warden

Place of employment: Atlantic County Justice Facility

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Authorized the violation of my constitutional rights

c.   Second defendant:

Name: N/A

Official position: N/A

Place of employment: N/A

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

N/A

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    _X_ Yes    ___ No

    If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

    Informal relief sought from Supervisory Staff about the toilets and windows. The Supervisory Staff have been made aware that toilets don't flush immediately after use and the windows being spray painted to block natural light and view. I was advised to file this form.

    If your answer is "No," briefly explain why administrative remedies were not exhausted.

    _____

    _____
    _____
    _____


6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

    Facts: I am forced to use the toilets with someone elses' human waste still inside due to limited flushes. Also, with the windows being "spray painted" it feels Inhumane and violates the 8th Amendment being Cruel and unusual punishment

    _____
    _____

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

I am seeking compensation and request that the court
award that compensation

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of November , 20 2 4

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).